# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**POWELL BROTHERS, INC.**                                                            **PLAINTIFF**

v.                  No. 4:22-cv-00719-ERE

**XPO, INC.**                                                                    **DEFENDANT**

## ORDER

The parties have filed a stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The stipulation of dismissal is self-executing, and this case is therefore DISMISSED WITH PREJUDICE. The Clerk is directed to close this case.

Dated 29 August 2024.

_____
UNITED STATES MAGISTRATE JUDGE